**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **MEC GENERAL CONSTRUCTION CORP.** | |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 47-2454826 |

| | |
|---|---|
| **4.** | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4011 76th St**<br>**Elmhurst, NY 11373-1033**<br>Number, Street, City, State & ZIP Code | **4011 76th St**<br>**Elmhurst, NY 11373-1033**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens**<br>County | **Location of principal assets, if different from principal place of business** |
| | **4011 76th St Elmhurst, NY 11373-1033**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **MEC GENERAL CONSTRUCTION CORP.**                    Case number (*if known*) _____
　　　　　　Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　 See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　 _____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

　　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　☐ A plan is being filed with this petition.

　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

|  | District _____ | When _____ | Case number _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

|  | Debtor _____ |  | Relationship _____ |
|---|---|---|---|
|  | District _____ | When _____ | Case number, if known _____ |

Debtor  **MEC GENERAL CONSTRUCTION CORP.**

Case number (*if known*) _____

Name

---

**11. Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **MEC GENERAL CONSTRUCTION CORP.**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| ██████ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2019**
_____
MM / DD / YYYY

X  **/s/ EDMILSON F. DELIMA**
_____
Signature of authorized representative of debtor

**EDMILSON F. DELIMA**
_____
Printed name

Title    **PRESIDENT**
_____

**18. Signature of attorney**

X  **/s/ Joseph A. Fazio**
_____
Signature of attorney for debtor

Date  **May 21, 2019**
_____
MM / DD / YYYY

**Joseph A. Fazio**
_____
Printed name

**Law Office of Joseph A. Fazio**
_____
Firm name

**94 Willis Ave**
**Mineola NY 11501, NY 11501**
_____
Number, Street, City, State & ZIP Code

Contact phone  _____

Email address  **jfazio@prolawgroup.com**
_____

**4123857**
_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2019**        X **/s/ EDMILSON F. DELIMA**
                                            Signature of individual signing on behalf of debtor

                                        **EDMILSON F. DELIMA**
                                            Printed name

                                        **PRESIDENT**
                                            Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |
| Debtor name   **MEC GENERAL CONSTRUCTION CORP.** |
| United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FRANCISCO PASTRANA** | | | Unliquidated | | | $0.00 |
| **HILTI INC.** | | | | | | $73,204.48 |
| **JEAN NORENA** | | | Unliquidated | | | $0.00 |
| **JESUS AQUILINO ULLOA MARIN 3768 97th St Corona, NY 11368-1753** | | | Unliquidated | | | $0.00 |
| **JOEL LEON PERUANO** | | | Unliquidated | | | $0.00 |
| **JORDAN SOPLOPUCO** | | | Unliquidated | | | $0.00 |
| **JOSE OROCAJA** | | | Unliquidated | | | $0.00 |
| **JUAN QUISPE 2175 Belmont Ave Apt 5 Bronx, NY 10457-2626** | | | Unliquidated | | | $0.00 |
| **JULIO E RIOS 9030 46TH AVE APT 1 Elmhurst, NY 11373** | | | Unliquidated | | | $0.00 |
| **KAZALAS PAINT SUPPLY CO., INC. 9016 37th Ave Jackson Heights, NY 11372-7918** | | | | | | $65,883.40 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **MEC GENERAL CONSTRUCTION CORP.**                           Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LUIS TAMAY 3414 97th St Flushing, NY 11368-1032** | | | **Unliquidated** | | | **$0.00** |
| **MARJAM SUPPLY CO. INC. 885 Conklin St Farmingdale, NY 11735-2400** | | | | | | **$326,906.05** |
| **NEW YORK STATE INSURANCE FUND 8 Corporate Center Dr Fl 2 Melville, NY 11747-3193** | | | | | | **$2,357.44** |
| **OSCAR LONDONO** | | | **Unliquidated** | | | **$0.00** |
| **PAUL MEDINA 10605 37th Ave Apt 1 Corona, NY 11368-2489** | | | **Unliquidated** | | | **$0.00** |
| **ROBERT DAVILA 520 52nd St Apt 4L Brooklyn, NY 11220-2754** | | | **Unliquidated** | | | **$0.00** |
| **ROBERTO CESPEDES** | | | **Unliquidated** | | | **$0.00** |
| **ROSELO RODRIGUEZ 6609 Grand Ave Maspeth, NY 11378-2540** | | | **Unliquidated** | | | **$0.00** |
| **THE SHERWIN WILLIAMS COMPANY 313 Butler St Brooklyn, NY 11217-3034** | | | | | | **$237,988.14** |
| **WALTER PAENCO** | | | **Unliquidated** | | | **$0.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................    $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $     **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **706,339.51**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b       $     **706,339.51**

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    __**MEC GENERAL CONSTRUCTION CORP.**_____    Case number *(If known)* _____
Name

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **MEC GENERAL CONSTRUCTION CORP.**
          Name

Case number *(If known)* _____

---

**Part 12:** Summary

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**CREY ESTERLIN BONILLA**<br><br>**11101 39th Ave Apt 4**<br>**Corona, NY 11368-2649** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**FRANCISCO PASTRANA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| Debtor | MEC GENERAL CONSTRUCTION CORP. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
**JEAN NORENA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**JESUS AQUILINO ULLOA MARIN**

**3768 97th St**
**Corona, NY 11368-1753**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**JOEL LEON PERUANO**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**JONATHON BONILLA**

**11101 39th Ave Apt 4**
**Corona, NY 11368-2649**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | unknown | $0.00 |
|---|---|---|---|---|---|

**JORDAN SOPLOPUCO**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | unknown | $0.00 |
|---|---|---|---|---|---|

**JOSE OROCAJA**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | unknown | $0.00 |
|---|---|---|---|---|---|

**JOSE POLO**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | unknown | $0.00 |
|---|---|---|---|---|---|

**JUAN QUISPE**

**2175 Belmont Ave Apt 5**
**Bronx, NY 10457-2626**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| **2.11** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|---|---|---|---|---|

**JULIO E RIOS**

☐ Contingent
■ Unliquidated
☐ Disputed

9030 46TH AVE APT 1
Elmhurst, NY 11373

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.12** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|---|---|---|---|---|

**LEOBARDO CASTILLO**

☐ Contingent
■ Unliquidated
☐ Disputed

7010 Fort Hamilton Pkwy
Brooklyn, NY 11228-1104

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.13** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|---|---|---|---|---|

**LUCAS DIAS PEREIRA**

☐ Contingent
■ Unliquidated
☐ Disputed

1506 Avalon Pines Dr
Coram, NY 11727-5140

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.14** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown | $0.00 |
|---|---|---|---|---|

**LUIS TAMAY**

☐ Contingent
■ Unliquidated
☐ Disputed

3414 97th St
Flushing, NY 11368-1032

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00

**OSCAR BRITO**

3242 82nd St Bsmt
East Elmhurst, NY 11370-2004

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00

**OSCAR LONDONO**

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00

**PAUL MEDINA**

10605 37th Ave Apt 1
Corona, NY 11368-2489

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00

**ROBERT DAVILA**

520 52nd St Apt 4L
Brooklyn, NY 11220-2754

Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>**ROBERTO CESPEDES** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **unknown**    **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| | | | |
|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address<br>**ROBERTO SEPEDES** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **unknown**    **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| | | | |
|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address<br>**ROSELO RODRIGUEZ**<br><br>**6609 Grand Ave**<br>**Maspeth, NY 11378-2540** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **unknown**    **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

| | | | |
|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address<br>**WALTER PAENCO** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **unknown**    **$0.00** |

Date or dates debt was incurred _____    Basis for the claim: _____

Last 4 digits of account number _____    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                    Case number (if known) _____

_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** | $0.00 |

**WILMAN ARGUETA**

Check all that apply.

☐ Contingent

■ Unliquidated

☐ Disputed

_____

Date or dates debt was incurred          Basis for the claim:

_____

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY        ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,204.48** |

**HILTI INC.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _          Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,883.40** |

**KAZALAS PAINT SUPPLY CO., INC.**

☐ Contingent

**9016 37th Ave**          ☐ Unliquidated
**Jackson Heights, NY 11372-7918**          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$326,906.05** |

**MARJAM SUPPLY CO. INC.**

☐ Contingent

**885 Conklin St**          ☐ Unliquidated
**Farmingdale, NY 11735-2400**          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number  **6627**          Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,357.44** |

**NEW YORK STATE INSURANCE FUND**

☐ Contingent

**8 Corporate Center Dr Fl 2**          ☐ Unliquidated
**Melville, NY 11747-3193**          ☐ Disputed

Date(s) debt was incurred  **1/14/19**          Basis for the claim: _

Last 4 digits of account number  **8863**          Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$237,988.14** |

**THE SHERWIN WILLIAMS COMPANY**

☐ Contingent

**313 Butler St**          ☐ Unliquidated
**Brooklyn, NY 11217-3034**          ☐ Disputed

Date(s) debt was incurred _          Basis for the claim: _

Last 4 digits of account number _          Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

Debtor  **MEC GENERAL CONSTRUCTION CORP.**                Case number (if known) _____
                        Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **HANG & ASSOCIATES, PLLC**<br>**13620 38th Ave Ste 10G**<br>**Flushing, NY 11354-4263** | Line **2.16**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **MICHAEL FAILLACE & ASSOC., P.C.**<br>**60 E 42nd St Rm 4510**<br>**New York, NY 10165-0012** | Line **2.4**<br>☐ Not listed. Explain _____ | _ |
| 4.3 | **PEACE OF MIND INSURANCE BROKERAGE LLC**<br>**2 Skillman St Ste 308**<br>**Brooklyn, NY 11205-1550** | Line **3.4**<br>☐ Not listed. Explain _____ | **8863** |
| 4.4 | **PETER C. COTELIDIS, ESQ.**<br>**200 Old Country Rd Ste 190**<br>**Mineola, NY 11501-4235** | Line **3.2**<br>☐ Not listed. Explain _____ | _ |
| 4.5 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.10**<br>☐ Not listed. Explain _____ | _ |
| 4.6 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.19**<br>☐ Not listed. Explain _____ | _ |
| 4.7 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.5**<br>☐ Not listed. Explain _____ | _ |
| 4.8 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.18**<br>☐ Not listed. Explain _____ | _ |
| 4.9 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.9**<br>☐ Not listed. Explain _____ | _ |
| 4.10 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.23**<br>☐ Not listed. Explain _____ | _ |
| 4.11 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.1**<br>☐ Not listed. Explain _____ | _ |
| 4.12 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.6**<br>☐ Not listed. Explain _____ | _ |

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.15**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.12**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.20**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.13**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.17**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.22**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.11**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.21**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.7**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **RAPAPORT LAW FIRM, PLLC**<br>**1 Penn Plz Ste 2430**<br>**New York, NY 10119-2403** | Line **2.14**<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.26 | **RHETT A. FRIMET, P.C.**<br>**10 E 40th St Fl 46**<br>**New York, NY 10016-0301** | Line **3.1**<br><br>☐ Not listed. Explain _____ | _ |
| 4.27 | **STEPHANIE J. DONATO, ESQ.**<br>**261 N Plank Rd**<br>**Newburgh, NY 12550-1724** | Line **3.5**<br><br>☐ Not listed. Explain _____ | _ |
| 4.28 | **TESSER & COHEN**<br>**946 Main St**<br>**Hackensack, NJ 07601-5136** | Line **3.3**<br><br>☐ Not listed. Explain _____ | **6627** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **706,339.51** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **706,339.51** |

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **CREY ESTERLIN BONILLA** | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.2 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **FRANCISCO PASTRANA** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.3 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **JEAN NORENA** | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |
| 2.4 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **JESUS AQUILINO ULLOA MARIN** | ☐ D _____ ■ E/F __2.4__ ☐ G _____ |
| 2.5 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **JOEL LEON PERUANO** | ☐ D _____ ■ E/F __2.5__ ☐ G _____ |
| 2.6 **EDMILSON F. DELIMA** | **4011 76th St** **Elmhurst, NY 11373-1033** | **JONATHON BONILLA** | ☐ D _____ ■ E/F __2.6__ ☐ G _____ |

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| **Additional Page to List More Codebtors** | | | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.7 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | JORDAN SOPLOPUCO | ☐ D _____<br>■ E/F __2.7__<br>☐ G _____ |
| 2.8 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | JOSE OROCAJA | ☐ D _____<br>■ E/F __2.8__<br>☐ G _____ |
| 2.9 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | JOSE POLO | ☐ D _____<br>■ E/F __2.9__<br>☐ G _____ |
| 2.10 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | JUAN QUISPE | ☐ D _____<br>■ E/F __2.10__<br>☐ G _____ |
| 2.11 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | JULIO E RIOS | ☐ D _____<br>■ E/F __2.11__<br>☐ G _____ |
| 2.12 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | LEOBARDO CASTILLO | ☐ D _____<br>■ E/F __2.12__<br>☐ G _____ |
| 2.13 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | LUCAS DIAS PEREIRA | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |
| 2.14 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | LUIS TAMAY | ☐ D _____<br>■ E/F __2.14__<br>☐ G _____ |
| 2.15 | EDMILSON F. DELIMA | 4011 76th St<br>Elmhurst, NY 11373-1033 | MARJAM SUPPLY CO. INC. | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.16 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **OSCAR BRITO** | ☐ D ____<br>■ E/F ___**2.15**___<br>☐ G ____ |
| 2.17 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **OSCAR LONDONO** | ☐ D ____<br>■ E/F ___**2.16**___<br>☐ G ____ |
| 2.18 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **PAUL MEDINA** | ☐ D ____<br>■ E/F ___**2.17**___<br>☐ G ____ |
| 2.19 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **ROBERT DAVILA** | ☐ D ____<br>■ E/F ___**2.18**___<br>☐ G ____ |
| 2.20 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **ROBERTO CESPEDES** | ☐ D ____<br>■ E/F ___**2.19**___<br>☐ G ____ |
| 2.21 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **ROBERTO SEPEDES** | ☐ D ____<br>■ E/F ___**2.20**___<br>☐ G ____ |
| 2.22 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **ROSELO RODRIGUEZ** | ☐ D ____<br>■ E/F ___**2.21**___<br>☐ G ____ |
| 2.23 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **THE SHERWIN WILLIAMS COMPANY** | ☐ D ____<br>■ E/F ___**3.5**___<br>☐ G ____ |
| 2.24 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **WALTER PAENCO** | ☐ D ____<br>■ E/F ___**2.22**___<br>☐ G ____ |

Debtor  **MEC GENERAL CONSTRUCTION CORP.**                                  Case number *(if known)* _____

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.25 | **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **WILMAN ARGUETA** | ☐ D _____<br>☑ E/F __2.23__<br>☐ G _____ |
| 2.26 | **MARCELO TONIDANEL** | **116 Elm Ave**<br>**Mount Vernon, NY 10550-2362** | **MARJAM SUPPLY CO. INC.** | ☐ D _____<br>☑ E/F __3.3__<br>☐ G _____ |
| 2.27 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **CREY ESTERLIN BONILLA** | ☐ D _____<br>☑ E/F __2.1__<br>☐ G _____ |
| 2.28 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **FRANCISCO PASTRANA** | ☐ D _____<br>☑ E/F __2.2__<br>☐ G _____ |
| 2.29 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JEAN NORENA** | ☐ D _____<br>☑ E/F __2.3__<br>☐ G _____ |
| 2.30 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JESUS AQUILINO ULLOA MARIN** | ☐ D _____<br>☑ E/F __2.4__<br>☐ G _____ |
| 2.31 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JOEL LEON PERUANO** | ☐ D _____<br>☑ E/F __2.5__<br>☐ G _____ |
| 2.32 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JONATHON BONILLA** | ☐ D _____<br>☑ E/F __2.6__<br>☐ G _____ |
| 2.33 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JORDAN SOPLOPUCO** | ☐ D _____<br>☑ E/F __2.7__<br>☐ G _____ |

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.34 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JOSE OROCAJA** | ☐ D _____<br>■ E/F __2.8__<br>☐ G _____ |
| 2.35 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JOSE POLO** | ☐ D _____<br>■ E/F __2.9__<br>☐ G _____ |
| 2.36 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JUAN QUISPE** | ☐ D _____<br>■ E/F __2.10__<br>☐ G _____ |
| 2.37 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **JULIO E RIOS** | ☐ D _____<br>■ E/F __2.11__<br>☐ G _____ |
| 2.38 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **KAZALAS PAINT SUPPLY CO., INC.** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.39 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **LEOBARDO CASTILLO** | ☐ D _____<br>■ E/F __2.12__<br>☐ G _____ |
| 2.40 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **LUCAS DIAS PEREIRA** | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |
| 2.41 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **LUIS TAMAY** | ☐ D _____<br>■ E/F __2.14__<br>☐ G _____ |
| 2.42 | **MEC GENERAL INC.** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **OSCAR BRITO** | ☐ D _____<br>■ E/F __2.15__<br>☐ G _____ |

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                    Case number (*if known*) _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.43 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **OSCAR LONDONO** | ☐ D _____  ■ E/F ___2.16___  ☐ G _____ |
| 2.44 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **PAUL MEDINA** | ☐ D _____  ■ E/F ___2.17___  ☐ G _____ |
| 2.45 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **ROBERT DAVILA** | ☐ D _____  ■ E/F ___2.18___  ☐ G _____ |
| 2.46 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **ROBERTO CESPEDES** | ☐ D _____  ■ E/F ___2.19___  ☐ G _____ |
| 2.47 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **ROBERTO SEPEDES** | ☐ D _____  ■ E/F ___2.20___  ☐ G _____ |
| 2.48 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **ROSELO RODRIGUEZ** | ☐ D _____  ■ E/F ___2.21___  ☐ G _____ |
| 2.49 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **WALTER PAENCO** | ☐ D _____  ■ E/F ___2.22___  ☐ G _____ |
| 2.50 | **MEC GENERAL INC.** | **4011 76th St Elmhurst, NY 11373-1033** | **WILMAN ARGUETA** | ☐ D _____  ■ E/F ___2.23___  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **MEC GENERAL CONSTRUCTION CORP.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   Income

---

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br><br>☐ Other | $77,007.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

---

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor  **MEC GENERAL CONSTRUCTION CORP.**                    Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kazalas Paint Supply Co. Inc. v. MEC General Construction Corp. and MEC General Inc.** 702969/2019 | debt collection | **NYS Supreme Court, Queens County 8811 Sutphin Blvd Jamaica, NY 11435-3720** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **The Sherwin-Williams Company v. MEC General Construction Corp. and Edmilson Delima** 713399/2018 | debt collection | **NYS Supreme Court, Queens County 8811 Sutphin Blvd Jamaica, NY 11435-3720** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Marjam Supply Co. Inc. v. MEC General Const. Corp., Edmilson Delima, et al.** 700375/2019 | debt collection | **NYS Supreme Court, Queens County 8811 Sutphin Blvd Jamaica, NY 11435-3720** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **HILTI, Inc. v. MEC General Construction Corp.** 719265/2018 | debt collection | **NYS Supreme Court, Queens County 8811 Sutphin Blvd Jamaica, NY 11435-3720** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Oscor Londono v. MEC General Construction Corpl, et al.** 712944/2018 | claim for unpaid wages | **NYS Supreme Court, Queens County 8811 Sutphin Blvd Jamaica, NY 11435-3720** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **Jesus Aquilino Ulloa Marin v. MEC General Construction Corp., et al.** 19-CV-01052 | claim for unpaid wages | **U.S. District Court, EDNY 225 Cadman Plz E Brooklyn, NY 11201-1832** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.7. | **Juan Quispe, Reberto Cespedes, et al. v. MEC General Construction Inc., Edmilson Delima, et al.** 18-cv-00773-WFK-PK | | **U.S. District Court, EDNY 225 Cadman Plz E Brooklyn, NY 11201-1832** | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | Case number (if known) |
|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B  *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Joseph A. Fazio**<br>**94 Willis Ave**<br>**Mineola NY 11501, NY 11501** | 0.00 | 4/23/2019 | $3,365.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**The Delima Group** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | **MEC GENERAL CONSTRUCTION CORP.** | Case number *(if known)* | |
|---|---|---|---|

years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3320 61st St Woodside, NY 11377-2234** | |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor    **MEC GENERAL CONSTRUCTION CORP.**                          Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **HSBC**<br>PO Box 9<br>Buffalo, NY 14240-0009 | **XXXX-3786** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor | MEC GENERAL CONSTRUCTION CORP. | Case number *(if known)* |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **MEC GENERAL INC.**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | **CONSTRUCTION** | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **DORA VILLAMIL**<br>**358 Knickerbocker Ave**<br>**Brooklyn, NY 11237-3741** | **2015 to present** |
| 26a.2. **ROSELIA DELIMA**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | **2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **DORA VILLAMIL**<br>**358 Knickerbocker Ave**<br>**Brooklyn, NY 11237-3741** | **2015 to present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **ROSELIA DELIMA**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | **2015 to present** |

| Debtor | MEC GENERAL CONSTRUCTION CORP. | Case number *(if known)* | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **EDMILSON F. DELIMA**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | **2015 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **DORA VILLAMIL**<br>**358 Knickerbocker Ave**<br>**Brooklyn, NY 11237-3741** | |
| 26c.2. **ROSELIA DELIMA**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | |
| 26c.3. **EDMILSON F. DELIMA**<br>**4011 76th St**<br>**Elmhurst, NY 11373-1033** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **EDMILSON F. DELIMA** | **4011 76th St**<br>**Elmhurst, NY 11373-1033** | **SOLE SHAREHOLDER AND OFFICER** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor   **MEC GENERAL CONSTRUCTION CORP.**   Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 21, 2019**

**/s/ EDMILSON F. DELIMA**                          **EDMILSON F. DELIMA**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **PRESIDENT**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re    **MEC GENERAL CONSTRUCTION CORP.**

Debtor(s)                                                        Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

   For legal services, I have agreed to accept ..................................................    $   _____

   Prior to the filing of this statement I have received .................................    $   _____

   Balance Due .................................................................................................    $   _____

■   **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ......    $        **3,365.00**

   The undersigned shall bill against the retainer at an hourly rate of ...........    $          **300.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
   fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

   ☐  Debtor       ■  Other (specify):       **THE DELIMA GROUP INC.**

3.   The source of compensation to be paid to me is:

   ■  Debtor       ☐  Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
       firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **MEC GENERAL CONSTRUCTION CORP.**                    Case No. _____

_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

| CERTIFICATION |
| --- |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 21, 2019**                                **/s/ Joseph A. Fazio**
*Date*                                                 **Joseph A. Fazio**
                                                            *Signature of Attorney*
                                                            **Law Office of Joseph A. Fazio**

                                                            **94 Willis Ave**
                                                            **Mineola NY 11501, NY 11501**

                                                            **jfazio@prolawgroup.com**
                                                            *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of New York, Brooklyn Division**

IN RE:                                                          Case No. _____

MEC GENERAL CONSTRUCTION CORP.                       Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **May 21, 2019**                  */s/ EDMILSON F. DELIMA*
                                        Debtor


                                        _____
                                        Joint Debtor


                                        */s/ Joseph A. Fazio*
                                        Attorney for Debtor

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
CREY ESTERLIN BONILLA
11101 39th Ave Apt 4
Corona, NY  11368-2649


HANG & ASSOCIATES, PLLC
13620 38th Ave Ste 10G
Flushing, NY  11354-4263


JESUS AQUILINO ULLOA MARIN
3768 97th St
Corona, NY  11368-1753


JONATHON BONILLA
11101 39th Ave Apt 4
Corona, NY  11368-2649


JUAN QUISPE
2175 Belmont Ave Apt 5
Bronx, NY  10457-2626


JULIO E RIOS
9030 46TH AVE APT 1
Elmhurst, NY  11373


KAZALAS PAINT SUPPLY CO., INC.
9016 37th Ave
Jackson Heights, NY  11372-7918
```

LEOBARDO CASTILLO
7010 Fort Hamilton Pkwy
Brooklyn, NY  11228-1104


LUCAS DIAS PEREIRA
1506 Avalon Pines Dr
Coram, NY  11727-5140


LUIS TAMAY
3414 97th St
Flushing, NY  11368-1032


MARJAM SUPPLY CO. INC.
885 Conklin St
Farmingdale, NY  11735-2400


MICHAEL FAILLACE & ASSOC., P.C.
60 E 42nd St Rm 4510
New York, NY  10165-0012


NEW YORK STATE INSURANCE FUND
8 Corporate Center Dr Fl 2
Melville, NY  11747-3193


OSCAR BRITO
3242 82nd St Bsmt
East Elmhurst, NY  11370-2004

PAUL MEDINA
10605 37th Ave Apt 1
Corona, NY  11368-2489


PEACE OF MIND INSURANCE BROKERAGE LLC
2 Skillman St Ste 308
Brooklyn, NY  11205-1550


PETER C. COTELIDIS, ESQ.
200 Old Country Rd Ste 190
Mineola, NY  11501-4235


RAPAPORT LAW FIRM, PLLC
1 Penn Plz Ste 2430
New York, NY  10119-2403


RHETT A. FRIMET, P.C.
10 E 40th St Fl 46
New York, NY  10016-0301


ROBERT DAVILA
520 52nd St Apt 4L
Brooklyn, NY  11220-2754


ROSELO RODRIGUEZ
6609 Grand Ave
Maspeth, NY  11378-2540

STEPHANIE J. DONATO, ESQ.
261 N Plank Rd
Newburgh, NY  12550-1724


TESSER & COHEN
946 Main St
Hackensack, NJ  07601-5136


THE SHERWIN WILLIAMS COMPANY
313 Butler St
Brooklyn, NY  11217-3034

**RESOLUTION FOR FILING OF CHAPTER 7 BANKRUPTCY**
**of**
**MEC GENERAL CONSTRUCTION CORP.**


WHEREAS, the Corporation is insolvent and unable to pay its debts as they mature, and

WHEREAS, it would be in the best interests of creditors for the Corporation to file a voluntary petition under Chapter 7 of the Bankruptcy Code, it is:


RESOLVED, that the Corporation file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is the duly elected and qualified Secretary and the Custodian of the books and records and seal of **MEC GENERAL CONSTRUCTION CORP.**, a corporation duly formed pursuant to the laws of the state of New York and that the foregoing is a true record of a resolution duly adopted at a meeting of the directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on May 14, 2019, and that said resolution is now in full force and effect without modification or rescission.


Dated: May 14, 2019




Edmilson F. Delima, Secretary

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEWYORK**

**IN RE:**        MEC GENERAL CONSTRUCTION CORP.

**Case No.** _____

        **Debtor(s).**        **Chapter** __7__

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Bankruptcy Rule 1007(a)(1)

        MEC GENERAL CONSTRUCTION CORP._____, a

                [Name of Corporate Party]
                (check one):
                ☒  Corporate Debtor
                ☐  Party to an adversary proceeding
                ☐  Party to a contested matter
                ☐  Member of committee of creditors
                ☐  Limited Liability corporation

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent

(10%) or more of any class of the corporation's equity interests are listed below:

        _____
        _____
        _____
        _____

**OR**

☒        There are no entities that directly or indirectly own 10% or more of any class of the
        corporation's equity interest.

        Dated this _21st_ day of _May_____, 20_19_.

                        Joseph A. Fazio, Esq.
                        _____
                        **Attorney Name, BAR #** _4123857_ (NY)
                        [Address/Telephone/Fax/Email]
                        _94 Willis Avenue, Mineola NY 11501_
                        _tel. (516)684-9765 fax (516)977-9171_
                        _e-mail: jfazio@prolawgroup.com_
                        Attorney for _MEC General Construction_ Corp., Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** MEC GENERAL CONSTRUCTION CORP. _____ **CASE NO.:**_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐    **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☑    **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** 1-19-43104_____ **JUDGE:** _____ **DISTRICT/DIVISION:** EDNY_____

   **CASE PENDING: (YES/NO):** YES_____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** voluntary Chap 7 bankruptcy petition on filed 5/21/19_____
                                  **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

        **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): affiliates, as defined in 11 U.S.C. § 101(2)_____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: none_____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  none_____

2. **CASE NO.:** 1-19-43105_____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** YES_____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** voluntary Chap 7 bankruptcy petition on filed 5/21/19_____
                                  **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

        **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): affiliates, as defined in 11 U.S.C. § 101(2)_____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: none_____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: none_____

[OVER]

**DISCLOSURE OF RELATED CASES** (cont'd)

3. **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____  [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
   **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

   **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF
  RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL
  PROPERTY**): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN
  SCHEDULE "A/B" OF RELATED CASES:

  _____

  **NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
  be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

  **TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

  **I am admitted to practice in the Eastern District of New York (Y/N):** Y_____

  **CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

  **I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as
  indicated elsewhere on this form.**


  _____          _____
  **Signature of Debtor's Attorney**                   **Signature of Pro-se Debtor/Petitioner**

                                                      4011 76th St_____
                                                      **Mailing Address of Debtor/Petitioner**

                                                      Elmhurst, NY 11373-1033_____
                                                      **City, State, Zip Code**


                                                      _____
                                                      **Email Address**


                                                      _____
                                                      **Area Code and Telephone Number**



  **Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any
  other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or
  the dismissal of the case with prejudice.**

  **NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
  result.**